UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY R. ZIKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case no. 4:09cv0199 TCM |
| | ) |
| ADVANCE AMERICA, CASH ADVANCE CENTERS OF MISSOURI, INC., and ADVANCE AMERICA, CASH ADVANCE CENTERS OF ILLINOIS, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the unopposed motion of Plaintiff, Timothy R. Zike, to amend his complaint and add Advance America, Cash Advance Centers of Illinois, Inc., as a defendant. This motion is within the deadline established by the Case Management Order and is **GRANTED**. [Doc. 33]

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  6th  day of July, 2009.