UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY R. ZIKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case no. 4:09cv0199 TCM |
| | ) |
| ADVANCE AMERICA, CASH | ) |
| ADVANCE CENTERS OF MISSOURI, | ) |
| INC., and ADVANCE AMERICA, | ) |
| CASH ADVANCE CENTERS OF | ) |
| ILLINOIS, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, Timothy R. Zike, recently filed an amended complaint adding Advance America, Cash Advance Centers of Illinois, Inc., as a defendant. This new defendant has joined with the previously-named defendant and filed a motion to dismiss and supporting memorandum.

This action was referred to the undersigned Magistrate Judge in accordance with Rule 2.08(A) of the Local Rules of the Eastern District of Missouri. Pursuant to that Rule and 28 U.S.C. § 636(c), each party must execute a written consent to the undersigned's jurisdiction before the undersigned may enter a dispositive ruling. A consent/option form has not been filed on behalf of Advance America, Cash Advance Centers of Illinois, Inc. Accordingly,

**IT IS HEREBY ORDERED** that Advance America, Cash Advance Centers of Illinois, Inc., is to file a completed consent/option form within fourteen days of the date of

this Order, indicating whether they consent to the undersigned's jurisdiction or elect to have the case transferred to a United States District Judge.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of July, 2009.